UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                         :
COLLATA BELGROVE,              :       21cv9545 (DLC)
                         :
                Plaintiff,   :        ORDER
                         :
           -v-                 :
                         :
GREGORY ROCHE BRONNER and NELLIE ANNE :
BRONNER,                         :
                         :
               Defendants.   :
                         :
-------------------------------------- X

DENISE COTE, District Judge:

As set forth on the record at the telephonic pretrial conference held on January 20, 2022, it is hereby

ORDERED that the defendants' application to strike portions of the plaintiff's complaint of November 17, 2021 is granted in part.

IT IS FURTHER ORDERED that the Clerk of Court shall seal the complaint of November 17.

IT IS FURTHER ORDERED that the plaintiff shall file an amended complaint by **January 21, 2022**.

SO ORDERED:

Dated:    New York, New York
           January 20, 2022

                                 _____
                                     DENISE COTE
                        United States District Judge