**UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| COLLATA BELGROVE, | Hon. Denise L. Cote, U.S.D.J. |
| Plaintiff, | Civil Action No. 21-cv-09545 (DLC) |
| v. | |
| GREGORY ROCHE BRONNER and NELLIE ANNE BRONNER nee BARNES, | **STIPULATION AND ORDER OF DISMISSAL OF COUNTERCLAIM WITH PREJUDICE** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned counsel, that pursuant to Fed. R. Civ. P. 41 defendants' Counterclaim [ECF No. 22] is dismissed with prejudice and without costs or attorneys' fees to any party.

Dated: New York, New York
February 8, 2022

*So ordered.*
*[signature]*
*2/8/22*

By: *s/ Andrew William Dwyer*
Andrew William Dwyer
The Dwyer Law Firm, L.L.C.
550 Broad Street, Suite 704
Newark, NJ 07102
Telephone: (973) 242-3636
Email: andy@thedwyerlawfirm.com
*Attorneys for the Plaintiff*

By: *s/ Eve I. Klein*
Eve I. Klein
Duane Morris LLP
1540 Broadway
New York, NY 10036
Telephone: (212) 692-1065
Email: EIKlein@duanemorris.com
*Attorneys for Defendants*

By: *s/ Katelynn M. Gray*
Katelynn M. Gray
Duane Morris LLP
1540 Broadway
New York, New York 10036
Telephone: (212) 692-1051
Email: KGray@duanemorris.com
*Attorneys for Defendants*

By: *s/ William R. Bronner*
William R. Bronner
Attorney At Law
294 Vanderbilt Avenue
Brooklyn, NY 11205
Telephone: (914) 282-5157 (mobile)
Email: wrbronner@gmail.com
*Co-Counsel for Defendants*

**IT IS SO ORDERED.**

Dated: _____          _____
                              HON. JUDGE DENISE L. COTE, U.S.D.J.