| | | |
|---|---|---|
| NEW YORK | # DuaneMorris® | SHANGHAI |
| LONDON | | ATLANTA |
| SINGAPORE | | BALTIMORE |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | WILMINGTON |
| CHICAGO | | MIAMI |
| WASHINGTON, DC | | BOCA RATON |
| SAN FRANCISCO | EVE I. KLEIN | PITTSBURGH |
| SILICON VALLEY | DIRECT DIAL: +1 212 692 1065 | NEWARK |
| SAN DIEGO | PERSONAL FAX: +1 212 202 7559 | LAS VEGAS |
| LOS ANGELES | *E-MAIL:* EIKlein@duanemorris.com | CHERRY HILL |
| BOSTON | | LAKE TAHOE |
| HOUSTON | *www.duanemorris.com* | MYANMAR |
| DALLAS | | |
| AUSTIN | | ALLIANCES IN MEXICO |
| HANOI | | AND SRI LANKA |
| HO CHI MINH CITY | | |

April 8, 2022

**VIA ECF**

Honorable Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re: **Collata Belgrove v. Gregory Roche Bronner and Nellie Anne Bronner**
           **Civil Action No. 21-cv-09545 (DLC)**

Dear Judge Cote:

On behalf of the Bronners, we are responding to the third letter submitted by Andrew Dwyer ("Dwyer") regarding the depiction of the third floor of the Bronners' residence since Dwyer is making a misrepresentation to the Court.

At no time prior to our meet and confer on April 6, 2022 (the "Meet and Confer"), did Dwyer seek to schedule the inspection we agreed he could do back in January. We had no discussion at all about such inspection until we raised this point during our Meet and Confer in response to his demand for every photograph and video of the third floor ever taken, regardless of the time or whether it was taken in anticipation of litigation. At that time, as stated in our earlier correspondence, we offered to produce our privileged photographs in lieu of the premises inspection, given the impending deposition. Dwyer responded he was entitled to everything and, when he does an inspection, it might make sense to do it at night. In response to that comment,

---

DuaneMorris

Honorable Denise L. Cote
Page 2

we said we would take it under advisement. Dwyer did not provide a requested time for the inspection and it is absolutely true that Dwyer elected not to conduct the inspection prior to the commencement of the depositions next week.

As of this time, we have not decided what photographs and/or videos we will use at trial and plan to have photographs, and potentially a video, professionally taken for that purpose. When we make such a determination, we will produce the photographs and videos to Dwyer.

Respectfully,

*s/ Eve I. Klein*
Eve I. Klein

> The parties shall discuss with each other the schedule for exchange of trial exhibits. The photographs the defendants may choose to use at trial need not be produced before the plaintiff's deposition.
>
> /s/ Denise Cote
> 4/8/22