# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

THE DWYER LAW FIRM, L.L.C.
550 Broad Street, Suite 704
Newark, New Jersey 07102
(973) 242-3636
Andrew Dwyer
Attorneys for Plaintiff

|  |  |
|---|---|
| COLLATA BELGROVE, | Hon. Denise L. Cote, U.S.D.J. |
| Plaintiff, | Civil Action No. 21-cv-09545 (DLC)(SDA) |
| v. |  |
| GREGORY ROCHE BRONNER and NELLIE ANNE BRONNER nee BARNES, | ~~PROPOSED~~ RULE 68 JUDGMENT |
| Defendants. |  |

IT IS HEREBY ADJUDGED that defendants Gregory Roche Bronner and Nellie Anne Bronner shall pay to plaintiff Collata Belgrove the total amount of one-hundred-ten-thousand dollars ($110,000.00), plus pre-judgment interest, attorney's fees and costs and disbursements to be determined by the Court. *The parties shall confer and present their proposals for resolution of all outstanding*

Dated: *issues by 6/17/22.*

So Ordered:

_____
HON. DENISE L. COTE, U.S.D.J.
*6/8/22*