```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
COLLATA BELGROVE,                      :    21cv9545 (DLC)
                                       :
                         Plaintiff,    :    ORDER
                                       :
              -v-                      :
                                       :
GREGORY ROCHE BRONNER and NELLIE ANNE  :
BRONNER,                               :
                                       :
                         Defendants.   :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

An offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure was accepted and entered in this case on June 8, 2022. On June 22, 2022, the plaintiff moved for attorneys' fees and costs pursuant to Rule 54, Fed. R. Civ. P. The defendants have noticed their intention to oppose the motion in a letter of June 17. It is hereby

ORDERED that the defendants' opposition to the motion shall be filed by **August 13**. Any reply shall be filed by **August 27**.

IT IS FURTHER ORDERED that the parties are instructed to immediately contact the chambers of Magistrate Judge Stewart D. Aaron in order to pursue settlement discussions under his

supervision, to occur no later than **July 29**.

Dated:    New York, New York
          June 23, 2022

                                  _____
                                           DENISE COTE
                                    United States District Judge